# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**TERRI LAST STAR,**<br><br>Defendant. | 16-po-5052-JTJ<br>VIOLATIONS:<br>6028084<br>6058085<br>6028086<br>6028087<br><br>Location Code: M13<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the United States' motion to interlineate VN 6028087 (operating a vehicle under the influence of alcohol/drugs) to unsafe operation of a motor vehicle in violation of 36 CFR 4.22(b)(1) is GRANTED;

IT IS FURTHER ORDERED that the defendant shall pay a fine amount of $220.00 and a $30.00 processing fee for VN 6028084 and a fine amount of $270.00 and a $30.00 processing fee for VN 6028085 and a fine amount of $200.00 and a $30.00 processing fee for VN 6028087 for a total amount of $780.00 in full by January 31, 2018. Payments should be mailed to the following address:

Clerk of Court
United States District Court
Missouri River Courthouse
125 Central Avenue West, Suite 110
Great Falls, MT 59404

The check should be made out to the Clerk, U.S. District Court;

IT IS FURTHER ORDERED that the trial in the above captioned matter, currently scheduled for September 22, 2016, is VACATED.

IT IS FURTHER ORDERED that VN 6028086 is DISMISSED.

DATED this 19th day of September, 2016.

*[signature]*

John Johnston
United States Magistrate Judge